IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Waterford, Warren E | Case Number: 06 B 14861 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 2/5/08 | Filed: 11/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,135.00 | |
| Secured: | | 2,716.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 261.16 |
| Trustee Fee: | | 157.56 |
| Other Funds: | | 0.00 |
| Totals: | 3,135.00 | 3,135.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,094.50 | 261.16 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 5,200.00 | 2,716.28 |
| 4. | Chase Home Finance | Secured | 1,000.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 9,850.78 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 6,284.50 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 2,320.83 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 312.13 | 0.00 |
| 9. | Max Recovery Inc | Unsecured | 4,627.40 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 6,336.45 | 0.00 |
| 11. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 38,026.59 | $ 2,977.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 93.84 |
| 5.4% | 63.72 |
| | $ 157.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Waterford, Warren E | Case Number:  06 B 14861 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  11/13/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

        _____